UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-05593-DMG-PD                                         Date: August 5, 2021

Title    _Alex McGinnis v. R.C. Johnson, et al._

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Plaintiff's Failure to Comply with General Order 18-02

On July 8, 2021, Plaintiff Alex McGinnis, who is incarcerated at California State Prison, Los Angeles County ("CSP-Lancaster"), filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint") against Defendants Raybon Johnson, Dr. Armenta Tiggs-Brown, Dr. Sam Shiesha, and Dr. J. Shby. [Dkt. No. 1 at 3-4.] Plaintiff alleges that despite being aware of his medical condition, Defendants denied him medical treatment in violation of his Eighth Amendment rights. [*Id.*]

On July 8, 2021, a "Notice of Filing Complaint Without Prepayment of Filing Fees or Request to Proceed In Forma Pauperis" was issued by the clerk. [Dkt. No. 2.] On that same date, a "Notice of Deficiency Re: Document(s) Received in Violation of General Order 18-02" was issued by the clerk. [Dkt. No. 3.] Plaintiff was ordered to resubmit his Complaint to the Court electronically within 14 days (by July 22, 2021). [*Id.*]

To date, the Court has not received a Complaint or an application to proceed without prepayment of filing fees submitted electronically by Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-05593-DMG-PD                                                    Date: August 5, 2021

Title      *Alex McGinnis v. R.C. Johnson, et al.*

      The Court and the California Department of Corrections and Rehabilitation ("CDCR") are participants in a pilot project that requires Complaints and all other documents submitted by inmates at California State Prison-Los Angeles County to be scanned and submitted to the court by electronic mail.  General Order 18-02.  Submission of this Complaint by U.S. Mail violates the terms of General Order 18-02.

      If Plaintiff wishes to proceed with this action, he must comply with the Court's July 8, 2021 Notice which provides in part :

> To submit a complaint arising under 42 U.S.C. § 1983 to the court for filing, you must present it to designated staff at your facility for scanning and emailing to the court.  If you are unable to comply with these procedures, you must submit with your Complaint a motion for leave to file your documents by U.S. Mail that demonstrates good cause for your inability to submit your documents to the court electronically.
>
> You must now re-submit your complaint to the court electronically.  You must submit for scanning an exact copy of the complaint you previously mailed to the court; it cannot be modified in any way.  You must include this notice on top of the complaint submitted for scanning.  If your complaint is received in the court's electronic mail box within two weeks from the date of this letter, your complaint will be deemed filed as of the date that appears on the envelope you originally sent via U.S. Mail.
>
> In addition, when you submit your complaint for scanning, YOU MUST INCLUDE AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (CV-60P) AND A CERTIFIED TRUST ACCOUNT STATEMENT AND DISBURSEMENT AUTHORIZATION.  Failure to provide an Application to Proceed Without Prepayment of Fees and/or a Certified Trust Account Statement and Disbursement Authorization may lead to the dismissal of your case.   [*See* Dkt. No. 3.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-05593-DMG-PD                              Date: August 5, 2021

Title    *Alex McGinnis v. R.C. Johnson, et al.*

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the July 8, 2021 Orders.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before August 19, 2021**, why the Court should not recommend that this action be dismissed for failure to comply with the Court's orders.

Plaintiff may discharge this Order by:

**(1) resubmitting his Complaint, along with an application to proceed without prepayment of fees (CV-60P), a certified trust account statement, and disbursement authorization electronically no later than August 19, 2021; or**
     (2) filing a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's July 8, 2021 Orders.

Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case.

**IT IS SO ORDERED**.

Attachments:

Notice of Deficiency Re: Document(s) Received in Violation of General Order 18-02.  [Dkt. No. 3.]

                                                                                    :
Initials of Preparer    im